# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| TOUFIK BOUNDAOUI | FILED: JULY 31, 2008 |
| v. | 08CV4349 |
| ATTORNEY GENERAL MICHAEL MUKASEY et al. | JUDGE LEFKOW |
| | MAGISTRATE JUDGE NOLAN |
| | AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Toufik Boundaoui

| | |
|---|---|
| **NAME (Type or print)** | |
| Kevin Vodak | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Kevin Vodak | |
| **FIRM** | |
| CAIR-Chicago | |
| **STREET ADDRESS** | |
| 28 E. Jackson Blvd., Suite 1410 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6270773 | 312-212-1520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |